FILED: July 20, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1230
(1:22-cv-01376-RDB)

_____

HAWTHORNE INDUSTRIAL PRODUCTS, INC., for its own Account as Consignee of Certain Cargo, and as Authorized Agent for Genesis Products Inc.; GENESIS PRODUCTS INC.;GREAT LAKES LAMINATION; GREAT LAKES FOREST PRODUCTS; FUSION WOOD PRODUCTS

    Plaintiffs - Appellees

v.

RATU SHIPPING CO. S.A., as claimant to the M/V TAC IMOLA, IMO No. 9932103 her engines, boilers, tackle, etc., in rem

    Defendant - Appellant

 and

M/V TAC IMOLA, IMO No. 9932103 her engines, boilers, tackle, etc; NISSHIN SHIPPING COMPANY, LTD; FLEET MANAGEMENT, LTD-HKG; TRANSATLANTICA COMMODITIES PTE LTD.; HANWIN SHIPPING LIMITED; CARGO CARRIED IN HOLD 5 OF THE M/V TAC IMOLA, CONSISTING OF APPROXIMATELY 3572.437 MT OF PLYWOOD

    Defendants
and

MASTER OF THE M/V INDIGO SPICA; MASTER OF THE M/V TAC IMOLA; FAR EAST AMERICAN, INC., W&W Pacific Holdings Inc.; TERMINAL SHIPPING COMPANY, INC.; CANTON MARITIME SERVICES, INC.; CANTON PORT SERVICES LLC

Garnishees

———————

O R D E R

———————

Upon consideration of plaintiffs-appellees' motion to amend the caption, the court grants the motion. The caption of this appeal has been amended as shown above.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk